170 A.3d 323

NEW JERSEY DIVISION OF CHILD PROTECTION AND PERMA-
NENCY, PLAINTIFF-RESPONDENT, v. T.M., DEFENDANT-
PETITIONER, AND J.S., DEFENDANT. IN THE MATTER OF
A.M., A MINOR, RESPONDENT.

July 10, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003242–14
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the petition for certification is denied.

170 A.3d 324

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
GEORGE SANCHEZ, DEFENDANT-PETITIONER.

July 10, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000392–14
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the petition for certification is denied.